**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: * | |
|   **Christopher Jordan** * | **Case #18-10909** |
|   **Teresa Ann Jordan** * | **Chapter 13** |
|     **Debtor(s)** * | |
| * | |

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN BEFORE CONFIRMATION

Debtor(s) in the above-styled bankruptcy matter, has filed documents with the Court to modify Debtor's (s') Chapter 13 Plan Prior to Confirmation.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant or at the Clerk's office.

**The original confirmation is scheduled for 11/06/2018.** If you do not want the Court to grant this Motion as outlined, or if you want the Court to consider your views on the motion, then you or your attorney shall file with the court a written objection prior to the confirmation and attend the scheduled confirmation. The objection or response should be sent to:

Clerk, U.S. Bankruptcy Court
Middle District of Georgia
P.O. Box 1957
Macon, Georgia 31202
478-752-3506

If you mail your response or objection to the court for filing, you shall send it early enough so the court will receive the objection or response on or before the response date stated above.

Any response or objection shall also be served to the Debtor(s) attorney SHELBA D. SELLERS, Attorney at Law, P.O. Box 1157, Thomasville GA 31799.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

This notice is sent by the undersigned pursuant to LBR 3015-2(d)(2)(B).

Dated this 25th day of September, 2018.

                                                    */s/ Shelba D. Sellers*
                                                  Attorney for Debtor
                                                  PO Box 1157
                                                  Thomasville, GA 31799
                                                  229-226-9888
                                                  Georgia Bar No.: 635510
                                                  shelba_sellers@yahoo.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
|    Christopher Jordan | * | Case #18-10909 |
|    Teresa Ann Jordan | * | Chapter 13 |
|       Debtor(s) | * | |
| | * | |

## **MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION**

The Debtor(s), under the authority of Section 1323 of the Bankruptcy Code, file this Motion for Modification of the Plan and respectfully shows:

1.

Debtors withdraw the Chapter 13 Plan previously filed on July 26, 2018 and substitute in lieu thereof a new plan. The new plan corrects the amount of the monthly mortgage payment as the mortgage was subject to an approved loan modification which lowered the monthly payment. It also list 1st Franklin Financial Corporation as a cramdown as they are a non-purchase security lender. It also list the lease the debtors assumed, as it was left off previous plan. It also removes the Internal Revenue Service as a priority debt as it is not listed in the schedules. The new Plan is attached hereto.

2.

After notice and opportunity for hearing, the new Plan should become the Debtor's Plan.

WHEREFORE, Debtor prays that this Motion for Modification of Plan Before Confirmation be approved.

Dated this 25th day of September, 2018.

                                              */s/ Shelba D. Sellers*
                                              Attorney for Debtor
                                              PO Box 1157
                                              Thomasville, GA 31799
                                              229-226-9888
                                              Georgia Bar No.:  635510
                                              shelba_sellers@yahoo.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **Christopher Jordan** | * | **Case #18-10909** |
| **Teresa Ann Jordan** | * | **Chapter 13** |
| **Debtor(s)** | * | |
| | * | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a copy of the Debtors' Amended Chapter 13 Plan, Motion and Notice of Modification of Chapter 13 Plan Before Confirmation upon all parties on today's Court Mailing Matrix either by electronic Notice for those requesting such service or by U.S. Mail by placing proper postage thereon and depositing in the United States mail to guarantee delivery of same.

    Dated this 25th day of September, 2018.

                                        */s/ Shelba D. Sellers*
                                        Attorney for Debtor
                                        PO Box 1157
                                        Thomasville, GA 31799
                                        229-226-9888
                                        Georgia Bar No.:  635510
                                        shelba_sellers@yahoo.com